CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union     )
                                       )
                                       )
                                       )
                    Plaintiff          )
         vs                            )     Civil Action No: 25-380
Russell Vought, in his official capacity, )
 as Acting Director of the Consumer    )
Financial Protection Bureau            )
                                       )
                    Defendant          )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __the National Treasury Employees Union__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the National Treasury Employees Union__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar 482946
_____
BAR IDENTIFICATION NO.

Julie M. Wilson
_____
Print Name

NTEU, 800 K Street, N.W. Ste. 1000
_____
Address

Washington, D.C.          20001
_____
City          State          Zip Code

202-572-5500
_____
Phone Number