# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION,

        *Plaintiff,*

   v.

RUSSELL VOUGHT,

        *Defendant.*

Case No. 1:25-cv-00380

## CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT

Defendant respectfully moves to extend by 14 days the deadline for Defendant to respond to Plaintiff's complaint—to July 21, 2025. Good cause exists for this request.

Plaintiff filed its Complaint on February 9, 2025 (ECF 1), and service was completed on the U.S. Attorney's Office on May 7, 2025 (ECF 6). Thus, Defendant's deadline to respond to the complaint is July 7, 2025. The undersigned counsel has numerous other briefing deadlines falling around the same time. And the undersigned counsel needs more time to consult with the Consumer Financial Protection Bureau in order to prepare a response to the Complaint.

Accordingly, Defendant asks the Court to extend the current deadline to respond to the amended complaint to July 21, 2025. Counsel for Defendant contacted counsel for Plaintiff regarding this motion, and Plaintiff consented to this extension request.

Dated: June 30, 2025 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Samuel S. Holt
SAMUEL S. HOLT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendant*