**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

NATIONAL TREASURY EMPLOYEES
UNION,

        *Plaintiff,*

    v.

RUSSELL VOUGHT,

        *Defendant.*

Case No. 1:25-cv-00380-RJL

---

**DEFENDANT'S MOTION TO DISMISS**

Defendant hereby moves under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for dismissal are set forth in the accompanying memorandum in support of Defendant's motion to dismiss. A proposed order is also attached.

Dated: July 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005

1

Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov
*Counsel for Defendant*