## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001,

      Plaintiff,

  v.

RUSSELL VOUGHT, in his official capacity as    Case No. 1:25-cv-00380
Acting Director of the
Consumer Financial Protection Bureau,
1700 G Street, N.W.
Washington, D.C. 20552

      Defendant.

### PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

 Plaintiff respectfully submits this motion for more time to respond to Defendant's Motion to Dismiss. Counsel for Defendant advised that he consents to this motion.

 Plaintiff filed a Complaint in this action on February 9, 2025 (Dkt. #1). Defendant filed a consent motion to extend time to respond to Plaintiff's Complaint on June 30, 2025 (Dkt. #10) and filed a Motion to Dismiss on July 21, 2025 (Dkt. #11). Absent an extension of time, Plaintiff's response to that motion would be due August 4, 2025. *See* D.D.C. Local Rule 7(b).

 Plaintiff intends to file a First Amended Complaint on or before August 11, 2025. *See* Fed. R. Civ. P. 15. The First Amended Complaint may include relevant and updated factual allegations, as well as revised claims. It would be more efficient

1

for the Court and the parties if any Rule 12 briefing took this proposed First Amended Complaint into account, as the Defendant may presumably want to amend the Motion to Dismiss to address Plaintiff's updated factual allegations and claims.  Accordingly, Plaintiff requests, with Defendant's consent, to have until August 11, 2025, to respond to Defendant's Motion to Dismiss.

Respectfully submitted,

/s/  Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar 482946

/s/  Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

/s/  Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
July 31, 2025                    Attorneys for Plaintiff NTEU