IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>     Plaintiff,<br><br> v.<br><br>RUSSELL VOUGHT, in his official capacity as<br>Acting Director of the<br>Consumer Financial Protection Bureau,<br>1700 G Street, N.W.<br>Washington, D.C. 20552<br><br>     Defendant. | Case No. 1:25-cv-00380 |

## JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE

 The parties jointly move the Court for the following briefing schedule in connection with Plaintiff's forthcoming First Amended Complaint. The First Amended Complaint is due August 11, 2025.

1. September 25, 2025: Defendant's motion to dismiss Plaintiff's First Amended Complaint;

2. November 24, 2025: Plaintiff's opposition to Defendant's motion to dismiss;

3. December 8, 2025: Defendant's reply in support of their motion to dismiss.

August 8, 2025                              Respectfully submitted,

 /s/  Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar 482946

 /s/  Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

/s/  Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

/s/  Lindsay Dunn
LINDSAY DUNN
Assistant Counsel
D.C. Bar 90036066
*pro hac vice*

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

Attorneys for Plaintiff NTEU

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

             <u>/s/ Samuel S. Holt</u>
             SAMUEL S. HOLT
             Trial Attorney
             Federal Programs Branch
             Civil Division, Department of Justice
             1100 L Street NW
             Washington, DC 20005
             Telephone: (202) 674-9761
             Fax: (202) 616-8470
             Samuel.Holt2@usdoj.gov
              *Counsel for Defendant*