IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street, N.W., Suite 1000<br>Washington, D.C. 20001<br><br>      Plaintiff,<br><br>      v.<br><br>RUSSELL VOUGHT, in his official capacity as<br>Acting Director of the<br>Consumer Financial Protection Bureau,<br>1700 G Street, N.W.<br>Washington, D.C. 20552<br><br>      Defendant. | Case No. **1:25-cv-00380** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff National Treasury Employees Union hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

/s/  Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar 482946

/s/  Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

/s/  Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

/s/  Lindsay Dunn
LINDSAY DUNN
Assistant Counsel
D.C. Bar 90036066
*pro hac vice*

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

September 19, 2025        Attorneys for Plaintiff NTEU